**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DAVID JACKSON,

    Petitioner,

-vs-                                      Case No.  8:04-cv-2406-T-30TGW

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER

This matter is before the Court for consideration of Petitioner's Motion to Withdraw Petition to Reopen Case (Dkt. 12).

UPON consideration, Petitioner's motion is **GRANTED** (**Dkt. 12**). The **Clerk** shall **terminate** Petitioner's Petition to Reopen Case (**Dkt. 11**).

**DONE** and **ORDERED** in Tampa, Florida on August 15, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Pro Se* Petitioner

SA:jsh